UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 14218
  ALFONSO R ORTEGA JR

                                       CHAPTER 13

                                       JUDGE: BRUCE W BLACK

       Debtor
  SSN XXX-XX-7051

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/07/07 and confirmed on 01/31/08.

    2.  The case was dismissed after confirmation, 11/21/2008.

    3.  The Debtor paid a total of $  6200.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 1282.51 | .00 | 1282.51 |
| WILL COUNTY TREASURER | SECURED | 3500.00 | .00 | 2000.04 |
| CAPITAL ONE BANK | UNSECURED | 901.08 | .00 | 690.15 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | 1852.10 | .00 | 1418.54 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| THD CBSD | UNSECURED | NOT FILED | .00 | .00 |

          Summary of disbursements:
--------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 4782.51 | .00 | 2753.18 | .00 | 7535.69 |
| PRINCIPAL PAID | 3282.55 | .00 | 2108.69 | .00 | 5391.24 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 3282.55 | .00 | 2108.69 | .00 | 5391.24 |

The Debtor's attorney, ROBERT V SCHALLER          , was allowed $  3500.00
and was paid $   723.00  direct and $   265.76  through the plan.

The Trustee received $    343.00 .

Refunds to the Debtor totaled $   200.00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

    Dated: 03/11/09                    /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 07 B 14218 ALFONSO R ORTEGA JR